In the Matter of G. L. MILLER & CO., Inc., Bankrupt.

**Claim of John HARRINGTON.**

Circuit Court of Appeals, Second Circuit.
November 4, 1929.

No. 168.

Samuel J. Rosensohn, of New York City, for appellant.

Goldmark, Bennitt & Colin, of New York City (Godfrey Goldmark, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM. Decree affirmed.